# IN THE SUPREME COURT OF TEXAS

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 2 9 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

NO. 14-0353

MELISSA VAN NESS, INDIVIDUALLY AND AS NEXT OF FRIEND, AN HEIR AT LAW, AND A SURVIVING PARENT OF NICHOLAS VAN NESS, RONALD VAN NESS, INDIVIDUALLY AND AS NEXT FRIEND OF, AN HEIR AT LAW, AND A SURVIVING PARENT OF NICHOLAS VAN NESS, AND ESTATE OF NICHOLAS VAN, PETITIONER

V.

ETMC FIRST PHYSICIANS & KRISTIN AULT, D.O., RESPONDENT

No. *2011-12-0993* in the *2nd District Court*, *Cherokee* County

## BILL OF COSTS

### *Petition for Review*

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Motion for Rehearing | $15.00 | $15.00 | Paid by ETMC First Physicians, et al. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Melissa Van Ness, et al. |
| Petition for Review Filed | $145.00 | $145.00 | Paid by Melissa Van Ness, et al. |
| M/E/T to file Petition | $10.00 | $10.00 | Paid by Melissa Van Ness, et al. |
| Clerk's Record | $268.00 | Unknown | 1 Volume |
| Reporter's Record | $350.00 | Unknown | 1 Volume |

Balance of costs owing to the Supreme Court of Texas:     **0.00**

---

*Melissa Van Ness, Individually and as Next Friend of Nicholas Van Ness, Ronald Van Ness, Individually and as Next Friend of Nicholas Van Ness, and Estate of Nicholas Van Ness shall recover, and ETMC First Physicians and Kristin Ault, D.O. shall pay, the costs incurred in this Court and in the court of appeals.*

---

**I, BLAKE A. HAWTHORNE, CLERK** of the Supreme Court of Texas, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of the Supreme Court of Texas, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

with the seal thereof annexed, at the City of Austin, this the 19th day of June, 2015.

BLAKE A. HAWTHORNE, Clerk

By Monica Zamarripa, Deputy Clerk